# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RIGOBERTO DIAZ**                                          **CIVIL ACTION NO. 21-584-SDD-SDJ**

**VERSUS**

**ACN CONSTRUCTION, LLC**
**AND ANGEL CASTORENA**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, through undersigned counsel, represents that no answer or motion for summary judgment has been filed in this matter, and gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all of the defendants.

Respectfully Submitted:

**ESTES DAVIS LAW, LLC**

*/s/ Daniel B. Davis*
Randall E. Estes (La. Bar Roll No. 22359)
Daniel B. Davis (La. Bar Roll No. 30141)
4465 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70809
Telephone:  (225) 336-3394
Facsimile:   (225) 384-5419
Email: dan@estesdavislaw.com
*Attorneys for Plaintiff*