## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RIGOBERTO DIAZ**                                           **CIVIL ACTION NO. 21-584-SDD-SDJ**

**VERSUS**

**ACN CONSTRUCTION, LLC**
**AND ANGEL CASTORENA**

## ORDER

Upon consideration of Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i) filed prior to the filing of an answer or motion for summary judgment by any defendant in this matter, it is hereby

ORDERED that this action is dismissed, without prejudice.

Signed at Baton Rouge, Louisiana, this __8th__ day of December, 2021.

_____
JUDGE, United States District Court
Middle District of Louisiana